1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  HILARY A. WILLIAMS, ESQ.
   Nevada Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Facsimile: (702) 921-2461
   Email: deverie.christensen@jacksonlewis.com
6  Email: hilary.williams@jacksonlewis.com

7  *Attorneys for Defendant*
   *Kiewit Power Constructors Co.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB BRENTS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>KIEWIT POWER CONSTRUCTORS CO., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>  Defendants. | Case No.: 2:25-cv-00987-CDS-BNW<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for September 12, 2025 at 10:00 a.m. to November 12, 2025 or November 13, 2025.

The scheduling change is necessary because Defendant's representative, a required attendee, has an unavoidable conflict preventing his attendance. Thus, Defendant's Counsel requested, and Plaintiff's Counsel kindly agreed, to stipulate to continue the ENE Session date subject to the Court's approval.

Counsel worked with the Court Clerk to identify a new available date for the Court to conduct the ENE in this case. October 21, 2025, October 22, 2025, October 23, 2025, November

12, 2025 and November 13, 2025 were identified as available dates by the Court Clerk for the Court, however only November 12 and 13, 2025 are available for both Parties.

Thus, the Parties request the Court continue the current ENE date to November 12, 2025 or November 13, 2025.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 4th day of August, 2025.

| GABROY MESSER | JACKSON LEWIS P.C. |
|---|---|
| */s/ Christian Gabroy* <br> Christian Gabroy, Bar #8805 <br> Kaine Messer, Bar #14240 <br> The District at Green Valley Ranch <br> 170 S. Green Valley Parkway, Suite 280 <br> Henderson, NV 89012 <br><br> *Attorney for Plaintiff* <br> *Jacob Brents* | */s/ Hilary Williams* <br> Deverie J. Christensen, Bar # 6596 <br> Hilary A. Williams, Bar #14645 <br> 300 South Fourth Street, Suite 900 <br> Las Vegas, Nevada 8910 <br><br> *Attorneys for Defendant* <br> *Kiewit Power Constructors Co.* |

4911-4510-4966, v. 3

## **ORDER**

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for September 12, 2025 is VACATED and **RESET** for **November 12, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on November 5, 2025.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 9) shall remain in effect.

DATED:  8/5/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE